No. ——. FERRELL *v.* SELECTIVE SERVICE LOCAL BOARD No. 38 OF WALNUT RIDGE, ARKANSAS, ET AL. C. A. 2d Cir. Application for stay of induction and recall of mandate of the Court of Appeals for the Second Circuit, presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.

NOVEMBER 16, 1970

No. 5676. MACIAS ET AL. *v.* RICHARDSON, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL. Affirmed on appeal from D. C. N. D. Cal.

No. 584. PYE *v.* STATE HIGHWAY DEPARTMENT OF GEORGIA ET AL. Appeal from Sup. Ct. Ga. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 592. MONTGOMERY WARD & CO., INC. *v.* FRANCHISE TAX BOARD OF CALIFORNIA. Appeal from Ct. App. Cal., 1st App. Dist., dismissed for want of substantial federal question.

No. 336. NELSON, WARDEN *v.* O'NEIL. C. A. 9th Cir. [Certiorari granted, *ante,* p. 901.] Application of respondent for release on personal recognizance and separate petition for writ of habeas corpus presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.